USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|21| 2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

STOUT RISIUS ROSS, LLC,

                   Plaintiff,

       -against-

ASPEN SPECIALTY INSURANCE
COMPANY,

                  Defendant.
-------------------------------------------------------------X

21 **CIVIL** 4412 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 18, 2022, Aspen's motion to dismiss is

GRANTED. Stout's cross-motion for partial summary judgment is DENIED; accordingly, the

case is closed.

**Dated:** New York, New York

       March 21, 2022

                               **RUBY J. KRAJICK**

                               **Clerk of Court**

          BY:

                               **Deputy Clerk**